# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Marcus Antoine Wilson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:20-cv-00045-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Briscoe | ) | |
| Cleveland County Detention Center | ) | |
| FNU Bumgardner, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 8, 2020 Order.

June 8, 2020

Frank G. Johns, Clerk
United States District Court